### DEBRA HUMMEL *v.* MARTEN TRANSPORT, LTD., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 114 Conn. App. 822 (AC 28813/AC 30000), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*William F. Gallagher, Joseph F. Trotta* and *Erica W. Todd*, in support of the petition.

*Albert E. Desrosiers*, in opposition.

Decided September 9, 2009

### STATE OF CONNECTICUT *v.* JASON LUTHER

*Alice Osedach*, assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 722 (AC 29158), is denied.